No. 93–8224. BAGNOLI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8286. GOLLEHON *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 93–8308. ROGERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8463. BRYANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8464. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8467. BUTTS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8473. WARD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–8491. TURNER *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 93–8553. MATOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8563. BARNES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8631. CARROLL *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–8674. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8678. ALEBORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8679. DOBBS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8690. DETRICK *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.